■ METROPOLITAN FUNERAL DIRECTORS ASSOCIATION, INC., et al. v. E. JOSEPH ZERBOWSKI et al.— Motion for stay denied, in view of the decision of this court in *Metropolitan Funeral Directors Assn.* v. *Zebrowski* (10 A D 2d 551), decided simultaneously herewith. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ JANET POSTEN v. GRAND UNION COMPANY.— Motion to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. EVARISTO BERRIOS.— Motion to dismiss appeal granted unless the appeal is perfected for the April 1960 Term of this court. If appellant desires to appeal on a typewritten record and appellant's points, he must first apply for same upon formal notice to the District Attorney. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. HORACE SWEET.— Motion to dismiss appeal granted on default. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. WILLARD CLANTON.— Motion to dismiss appeal granted on default. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. ROGERS GUILLORY.— Motion to dismiss appeal granted on default. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. HENRY M. LUCASIK.— Motion to dismiss appeal granted on default. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH EMANUEL, against HARRY SILBERGLITT, as Warden, et al.— Motion to dismiss appeal granted unless the appellants procure the record on appeal and appellants' points to be served and filed on or before February 4, 1960, with notice of argument for February 16, 1960, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ SOL FURSMIDT v. HOTEL ABBEY HOLDING CORP.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before March 1, 1960, with notice of argument for the April 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ In the Matter of the Arbitration between STANLEY J. STAKLINSKI and PYRAMID ELECTRIC COMPANY.— Motion for stay denied and the interim stay contained in the order to show cause, dated December 21, 1959, is vacated. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ ANNETTE H. SLAFF v. JACOB FRIEDMAN.— Appeal from order of the Supreme Court, New York County, entered on the 1st day of October, 1959, dismissed as academic. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. ALBERT KIRK.— Motion for leave to appeal as a poor person denied. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. JOHN VINCI.— Motion for leave to appeal as a poor person denied. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.